FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMSAN SONG,<br><br>　　Plaintiff,<br><br>　　v.<br><br>I.C. SYSTEM, INC.,<br><br>　　Defendant. | No. 4:20-CV-05065-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulated Motion and Order to Dismiss Case with Prejudice. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney's fees to either party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Stipulated Motion to Dismiss and Proposed Order, ECF No. 10, is **GRANTED**.

　　2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

　　3. Any pending motions are **dismissed as moot**.

//
//
//

**ORDER OF DISMISSAL** * 1

4. The trial date and any remaining pretrial deadlines are **stricken.**

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of October 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2